AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

MASSACHUSETTS TEACHERS ASSOCIATION, et al.

V.

DAVID P. DRISCOLL, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**04-10910 EFH**

TO: (Name and address of Defendant)   George F. McSherry, as he is a Member of the Massachusetts Teachers Retirement Board

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Carl Valvo
Nicholas A. Kenney
Cosgrove, Eisenberg and Kiley, P.C.
One International Place
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE   May 7, 2004

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Massachusetts Attorney General accepted service on behalf of defendants.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/11/04
              Date            Signature of Server

Cosgrove, Eisenberg and Kiley
One International Place
Boston, MA 02110
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.