UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MASSACHUSETTS TEACHERS ASSOCIATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID P. DRISCOLL, as he is the Chairman of the Massachusetts Teachers Retirement Board, et al., <br><br> Defendants. | CIVIL ACTION <br> NO. 04-10910-EFH |

## NOTICE OF APPEARANCE

Please enter on the docket my Notice of Appearance on behalf of defendants in the above-referenced matter.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

Jane L. Willoughby BBO 555693
Assistant Attorney General
Administrative Law Division
Government Bureau
One Ashburton Place, Rm. 2019
Boston, Massachusetts 02108
(617) 727-2200, Ext. 2615

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 5/19/04.

Dated: May 19, 2004