UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 MAY 27  P 1: 26

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| MASSACHUSETTS TEACHERS ASSOCIATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID P. DRISCOLL, as he is the Chairman of the Massachusetts Teachers Retirement Board, et al., <br><br> Defendants. | CIVIL ACTION <br> NO. 04-10910-EFH |

### DEFENDANTS' ASSENTED-TO MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

Pursuant to Fed. R. Civ. P. 6(b), defendants, with the assent of plaintiffs, herewith respectfully request that this Court extend the time for them to respond to plaintiffs' Complaint for Declaratory and Injunctive Relief (the "Complaint") up to and including July 12, 2004. As grounds for and in support of their motion, defendants state as follows:

1. Plaintiff served the Complaint on or about May 11, 2004; the computerized federal court docket indicates that a response to the Complaint is due on May 31, 2004.

2. This action raises complex issues, which require careful analysis. Due to the press of other business, including the filing of a lengthy and complicated brief in another matter, counsel for defendants will not have had an opportunity to prepare a proper response to the Complaint.

3. No hearings have been scheduled in this matter.

4. Plaintiffs have assented to this motion.

WHEREFORE, for the reasons set forth above, defendants respectfully request that this Court grant them an extension of time to and including July 12, 2004, to respond to plaintiffs' Complaint.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

_____
Jane L. Willoughby BBO 555693
Assistant Attorney General
Administrative Law Division
Government Bureau
One Ashburton Place, Rm. 2019
Boston, Massachusetts 02108
(617) 727-2200, Ext. 2615

ASSENTED-TO:

MASSACHUSETTS TEACHERS ASSOCIATION, et al.,

By their attorneys,

_Carl Valvo_/J.L.W.
_____
Carl Valvo BBO 507380
Cosgrove, Eisenberg & Kiley, P.C.
One International Place, Suite 820
Boston, Massachusetts 02110
(617) 439-7775

Dated: May 27, 2004

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 5/27/04.