UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MASSACHUSETTS TEACHERS ASSOCIATION, et al., )<br><br>Plaintiffs, )<br><br>v. )<br><br>DAVID P. DRISCOLL, as he is the Chairman of the Massachusetts Teachers Retirement Board, et al., )<br><br>Defendants. ) | CIVIL ACTION<br>NO. 04-10910-EFH |

## STIPULATION AND JOINT MOTION TO SET DISCOVERY AND BRIEFING SCHEDULE

### INTRODUCTION

Plaintiffs brought this action challenging the repeal of the so-called spousal benefit statute, G.L. c. 32, § 5(1), which prior to its repeal provided that where a husband and wife are both members of Massachusetts public retirement systems and one of the two members has retired, the other member may retire for superannuation irrespective of age. Plaintiffs claim that the repeal of the statute as applied to members in service prior to the effective date of the repeal, violates the Contracts Clause and the Takings Clause of the United States Constitution. Defendants intend to oppose plaintiffs' claims on a variety of grounds. The parties have worked collaboratively to structure a suitable discovery schedule with the hope and expectation that the case can be presented to the Court on an agreed statement of facts. The have requested a status conference for the purpose of setting a discovery and briefing schedule.

## STIPULATION

Defendants David P. Driscoll, as he is the chairman of the Massachusetts Teachers Retirement Board, et al. (collectively, "defendants") and plaintiffs the Massachusetts Teachers Association, et al. ("plaintiffs") hereby stipulate as follows:

1. Plaintiffs hereby stipulate that defendants need not respond to the Complaint for Declaratory and Injunctive Relief (the "Complaint") except as set forth in the attached proposed schedule, and that their failure to do so shall not be taken as a default or otherwise as a waiver of their right to respond to the Complaint.

2. Plaintiffs and defendants further agree to attempt to stipulate to facts necessary to the Court's decision in this matter.

## JOINT MOTION

In light of the nature of plaintiffs' action, which involves significant issues of law and fewer issues of fact, plaintiffs and defendants respectfully request that this Court enter the attached schedule for discovery, stipulation and briefing as an Order of the Court and relieve the parties of the obligations imposed under the Federal Rules of Civil Procedures and the Local

Rules of the District Court to the extent that they are inconsistent with the attached schedule.

Respectfully submitted,

MASSACHUSETTS TEACHERS
ASSOCIATION, et al.,

By their attorneys,

COSGROVE, EISENBERG & KILEY, P.C.

Carl Valvo / J.L.W.
Carl Valvo (BBO #507380)
Nicholas A. Kenney (BBO #650784)
Cosgrove, Eisenberg & Kiley, P.C.
One International Place, Suite 820
Boston, Massachusetts 02110
(617) 439-7775

DAVID P. DRISCOLL, as he is Chairman
of the Massachusetts Teachers Retirement
Board, et al.,

By their attorneys,

THOMAS F. REILLY
ATTORNEY GENERAL

Jane L. Willoughby BBO 555693
Assistant Attorney General
Administrative Law Division
Government Bureau
One Ashburton Place, Rm. 2019
Boston, Massachusetts 02109
(617) 727-2200, ext. 2615

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 7/1/04.

Dated: July 1, 2004

3

## DRAFT PROPOSED SCHEDULE

<u>July 1</u>

Deadline for written discovery requests
Deadline for R. 30(b)(6) deposition notice and subpoena duces tecum to State Retirement Board.
    Deposition August 17-19


<u>July 12</u>

Defendants' response to Complaint


<u>August 31</u>

Defendants' and plaintiffs' responses to written discovery due


<u>September 9</u>

Motions to compel, if any, filed


<u>September 16</u>

Responses to motions to compel filed


<u>October 21</u>

Draft statement of agreed facts to defendants


<u>November 5</u>

Defendants' response to draft statement of agreed facts


<u>November 12</u>

If statement of agreed facts not completed, deposition notice deadline (all parties). Minimum 14 days' notice.

<u>The later of either January 12 or 40 days following sign-off on full statement of agreed facts or, in the event of no or partial statement of agreed facts, receipt of deposition transcripts</u>

Plaintiffs' Rule 56 motion and memorandum

<u>40 days following service of Rule 56 motion</u>

Defendants' opposition and motions, if any

<u>10 days following service of defendants' opposition and motions, if any</u>

Plaintiffs' discovery (written or deposition) concerning facts relating to any defense not specifically disclosed to plaintiffs prior to September 9, 2003

<u>25 days following defendants' opposition or completion of discovery (including motions to compel) relating to new defenses, whichever is later</u>

Plaintiff's reply

<u>TBD</u>

Hearing on Rule 56 motion(s)