# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

MASSACHUSETTS TEACHERS
ASSOCIATION, ET AL.,
                Plaintiffs

                v.                    CIVIL ACTION NO.:
                                                    04-10910-EFH

DAVID P. DRISCOLL, as he is the Chairman
of the Massachusetts Teachers Retirement
Board, et al.,
                Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## SCHEDULING ORDER

July 8, 2004

HARRINGTON, S.D.J.

      A status conference in this case is scheduled for **Thursday, September 9, 2004,** at 2:00 P.M. in Courtroom No. 13 on the Fifth Floor.

      SO ORDERED.

                                        /s/ Edward F. Harrington
                                        EDWARD F. HARRINGTON
                                        United States Senior District Judge