UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MASSACHUSETTS TEACHERS ASSOCIATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID P. DRISCOLL, as he is the Chairman of the Massachusetts Teachers Retirement Board, et al., <br><br> Defendants. | CIVIL ACTION <br> NO. 04-10910-EFH |

## SUGGESTION OF MOOTNESS AND STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 12(h)(3) and 41(a)(1), the parties to this action hereby state as follows:

1. Plaintiffs filed this action seeking a declaration that the repeal by the Massachusetts Legislature of Mass. Gen. Laws c. 32, § 5(1)(e) violated the Contracts Clause and the Takings Clause of the United States Constitution insofar as it denied a retirement benefit to Massachusetts public employees who became members of the retirement system after the passage of section 5(1)(e) but prior to the effective date of its repeal. The Legislature has enacted legislation making the repeal prospective only. In light of the enactment of St. 2004, c. 149, § 322, it appears that the above-referenced matter is moot.

2. Accordingly, the parties stipulate that all claims in the above-entitled action against the defendants shall be dismissed.

3. Plaintiffs and defendants shall each bear their own costs and attorney's fees.

Respectfully submitted,

MASSACHUSETTS TEACHERS ASSOCIATION, et al.,

By their attorneys,

COSGROVE, EISENBERG & KILEY, P.C.

_____
Carl Valvo (BBO #507380)
Nicholas A. Kenney (BBO #650784)
Cosgrove, Eisenberg & Kiley, P.C.
One International Place, Suite 820
Boston, Massachusetts 02110
(617) 439-7775


DAVID P. DRISCOLL, as he is Chairman of the Massachusetts Teachers Retirement Board, et al.,

By their attorneys,

THOMAS F. REILLY
ATTORNEY GENERAL

_____
Jane L. Willoughby BBO 555693
Assistant Attorney General
Administrative Law Division
Government Bureau
One Ashburton Place, Rm. 2019
Boston, Massachusetts 02109
(617) 727-2200, ext. 2615

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 9/9/04.

Dated: 9/9/04

2